BOROUGH OF GLASSBORO v. DIANE VALLOROSI, ET AL.

November 29, 1988.

Cross-petition for certification granted.  (See 224 *N.J.Super.* 91)

FRANK P. FRIEDMAN & ASSOCIATES AND CASHA & ASSOCIATES v. COMMITTEE ON ATTORNEY ADVERTISING.

November 29, 1988.

Petition for review granted and the matter is referred to the *Ad Hoc Supreme Court Committee on Law Firm Names* for its consideration and recommendations.

STATE OF NEW JERSEY v. CHARLES O'DONNELL.

November 29, 1988.

Leave to appeal granted.